IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN SANTIAGO, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-0446 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration | : | |
| Defendant | : | |

**O R D E R**

**AND NOW**, this   12th   day of August, 2009, upon consideration of the plaintiff's brief and statement of issues in support of her request for review and the defendant's response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated July 20, 2009, with no objections filed, IT IS ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED; and,

2. The plaintiff's request for review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.